1006

John FLANNIGAN, alias Jack Williams, v. UNITED STATES of America.

No. 6567.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1934.

Henry Lavine and Howell Leuck, both of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.

---

Gail FORREST v. UNITED STATES.

No. 7443.

Circuit Court of Appeals, Ninth Circuit.

July 10, 1934.

Fred Patterson, of Honolulu, T. H., for appellant.

Sanford B. D. Wood, U. S. Atty., and Wilson C. Moore, Asst. U. S. Atty., both of Honolulu, T. H.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

---

William FOX v. UNITED STATES.

No. 7465.

Circuit Court of Appeals, Ninth Circuit.

July 19, 1934.

Walter H. Anderson, of Pocatello, Idaho, for appellant.

John A. Carver, U. S. Atty., of Boise, Idaho.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.